ROSE DERBY, as Administratrix, etc., Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.   Present — Clark, Davis, Sears and Crouch, JJ.

GRANT A. FORBES and Others, Respondents, v. CITY OF JAMESTOWN, Appellant. — Appeal dismissed, unless appellant shall file and serve printed papers and printed briefs by November first.

In the Matter of the Application of FERDINAND J. BOMMER for Reinstatement as an Attorney and Counselor at Law.— Proceeding for reinstatement discontinued upon stipulation filed.

In the Matter of KATHLEEN COLE, an Infant.— Application to vacate stay denied, and stay continued.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

WILLIAM A. SMITH, as Administrator, etc., of WILLIAM J. SMITH, Deceased, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs.   All concur.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ANDREW GLOWNEY, Appellant, v. WALKER D. HINES, Director-General of Railroads, Respondent.— Judgment and order affirmed, with costs.   All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

CLESSON E. PECK, Respondent, v. AMOS M. RHINEHART, Appellant.— Judgment affirmed, with costs.   All concur.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

CLYDE M. BISHOP, Respondent, v. RUSSELL WARD SONDHEIM, Appellant.— Judgment affirmed, with costs.   All concur.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JOSEPHINE JOHNSON, Respondent, v. MAY F. GUERNSEY and Another, as Administrators, etc., of JARED B. FLISHER, Deceased, and Another, Appellants, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements.   All concur.   Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ELLEN HOLDEN, as Administratrix, etc., of JOHN HOLDEN, Deceased, Appellant, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs.   All concur.   Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Lands, etc., Claimed to Be Owned by GEORGE URBAN MILLING COMPANY and Others.   (Proc. No. 101.) — Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to Court of Appeals denied.   Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of Proving the Alleged Last Will and Testament of RUBY L. CARPENTER, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.   Present — Clark, Davis, Sears and Crouch, JJ.

MICHAEL A. KENNEDY, Respondent, v. AUTOMATIC TIRE MACHINE CORPORATION, Appellant.— Motion granted and appeal dismissed, with costs.   Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.